[Nos. 27198-2-II; 27269-5-II.   Division Two.   November 22, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. FREDRICK JAMES McKEE, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. SANDRA LEE VAN PEVENAGE, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 00-1-02063-7, Bryan E. Chushcoff, J., entered April 5, 2001. *Affirmed* as to McKee and *reversed* as to Van Pevenge by unpublished opinion per Hunt, C.J., concurred in by Seinfeld and Armstrong, JJ.

[No. 27606-2-II.   Division Two.   November 22, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES EDWARD HABBITT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-02101-1, D. Gary Steiner, J., entered July 13, 2001. *Reversed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, A.C.J., and Houghton, J.

[No. 27651-8-II.   Division Two.   November 22, 2002.]

MARK A. ERIKSON, ET AL., *Appellants*, v. LEROY E. REYNOLDS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 00-2-02920-2, Robert L. Harris, J., entered July 30, 2001. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, C.J., and Seinfeld, J.

[No. 27892-8-II.   Division Two.   November 22, 2002.]

DIANA L. ROLLINS, *Appellant*, v. FARMERS INSURANCE COMPANY OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-2-13762-7, Katherine M. Stolz, J., entered October 1, 2001. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, A.C.J., and Houghton, J.